Court of Appeals No. 05-13-00882-CV
Trial Court Cause No. 2013-1-0007

| STATE OF TEXAS | * | IN THE COUNTY COURT AT LAW |
| | * | |
| VS. | * | GRAYSON COUNTY, TEXAS |
| | * | |
| **RANDY BRUCE TRAVIS** | * | COURT AT LAW NO. 1 |

## ORDER

| OFFENSE ALLEGED: | **Driving While Intoxicated BAC >=0.15** |
| DEGREE OF OFFENSE: | **Class A Misdemeanor** |
| ALLEGED DATE OF OFFENSE: | **08/07/2012** |

In accordance with the Order of the Court of Appeals, Fifth District of Texas at Dallas, dated September 5, 2013, this court's "Protective Order Regarding Certain Evidence, and Findings of Fact and Conclusions of Law Relative Thereto," dated January 31, 2013, is VACATED as it relates to any evidence in the possession of the Texas Department of Public Safety.

The clerk of court is directed to transmit to the clerk of the Court of Appeals a certified copy of this Order.

**IT IS SO ORDERED.**

*SIGNED:*       *September 6, 2013.*

JUDGE PRESIDING

---

Notice:   JOE BROWN
Grayson County District Attorney
*Fax No. 903-892-9933*
*Attorney for State*

KIMBERLY L. FUCHS
Fax No. (512) 320-0167
*Attorney for Texas DPS*

LISA MATZ
*Clerk of Court*
Court of Appeals
Fifth District of Texas at Dallas
*Via Email*

JOHN HOUSTON NIX
*Fax No. 903-868-2330*

LAWRENCE J. FRIEDMAN
JASON H. FRIEDMAN
*Fax No. 972-788-2667*

*Attorneys for Defendant*

RECEIVED
Court of Appeals

SEP 10 2013

Lisa Matz
Clerk, 5th District

FILED FOR RECORD
2013 SEP -6 AM 9: 12

WILMA BLACKSHEAR BUSH
COUNTY CLERK
GRAYSON COUNTY

CERTIFIED COPY
Attest: September 6, 2013
WILMA BLACKSHEAR BUSH, County Clerk
Grayson County, Texas

By _____ Deputy

COUNTY COURT OF GRAYSON COUNTY, TEXAS



CERTIFIED MAIL™

7012 3460 0001 2616 5075

U.S. POSTAGE ⟫ PITNEY BOWES

ZIP 75090 $ 006.11⁰
02 1W
0001383988 SEP. 06 2013



Wilma Bush
County Clerk, Grayson County
200 S. Crockett, Room 212A
Sherman, Texas 75090-5958

Lisa Matz
5th Court of Appeals
600 Commerce St., Second Floor
Dallas, TX 75202

2013-1-0007

75202E6601 0004